

# Fourth Court of Appeals
## San Antonio, Texas

October 26, 2016

No. 04-15-00771-CR

John David **GARCIA,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 81st Judicial District Court, Wilson County, Texas
Trial Court No. 11-05-075-CRW
Honorable Russell H. Wilson, Judge Presiding

## O R D E R

The State's motion for extension of time to file the appellee's brief is granted. We order the State to file the appellee's brief by October 31, 2016. Counsel is advised that no further extensions of time will be granted absent a timely motion that (1) demonstrates extraordinary circumstances justifying further delay, (2) advises the court of the efforts counsel has expended in preparing the brief, and (3) provides the court reasonable assurance that the brief will be completed and filed by the requested extended deadline. The court does not generally consider a heavy work schedule to be an extraordinary circumstance.

Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of October, 2016.

Keith E. Hottle
Clerk of Court